# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOAN STEELE and CHERYL MCIVOR** | **:** | |
| | **:** | |
| **Plaintiffs** | **:** | **CIVIL ACTION NO. 3:17-0004** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **(JUDGE MANNION)** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and ALLSTATE INSURANCE COMPANY** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants** | **:** | |

## O R D E R

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1.   The plaintiffs' motion to remand, (Doc. 4), is **GRANTED**;

2.   The defendant's motion to amend its notice of removal, (Doc. 10), is **DENIED**; and

3.   The plaintiffs' motion to strike, (Doc. 8), is **DENIED** as moot.

The plaintiffs' action is remanded to the Court of Common Pleas of Pike County for further proceedings. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 14, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0004-01-order.wpd